**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOY CHIN AND JACK CHIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., for itself, and as successor by merger to BAC HOME LOANS SERVICING, L.P.; and U.S. BANK, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-D,<br><br>    Defendants.<br>_____/ | Case No.  3:13-cv-02704-EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 11, 2013

*/s/ Justin T. Berger*
JUSTIN T. BERGER
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, California  94010

*Counsel for Plaintiffs Joy Chin and Jack Chin*