NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN T. BERGER (SBN 25346)
jberger@cpmlegal.com
JONATHAN C. HSIEH (SBN 281700)
jhsieh@cpmlegal.com
**COTCHETT, PITRE &McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 692-3606

ELIZABETH S. LETCHER (SBN 172986)
eletcher@heraca.org
**HOUSING AND ECONOMIC RIGHTS ADVOCATES**
1814 Franklin Street, Suite 1040
Oakland, California 94612
Telephone:   (510) 271-8443
Facsimile:   (510) 868-4521

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOY CHIN** and **JACK CHIN**, | Case No. CV 13 2704 |
| Plaintiffs, | |
| v. | **STIPULATION AND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| **BANK OF AMERICA, N.A.**, for itself and as successor by merger to **BAC HOME LOANS SERVICING, L.P.,** and **U.S. Bank, N.A**, as Trustee for the Certificate holders of Bank of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-D | |
| Defendants. | |

Plaintiffs JOY CHIN and JACK CHIN, Defendants BANK OF AMERICA, N.A.

ENNIFER CASTILLO and JASON CASTILLO, Defendants BANK OF AMERICA, N.A, **U.S.**

BANK, N.A, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANK OF AMERICA

1

STIPULATION                                                                                          Case No. 13 CV 2704

FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-D, by and through their respective counsel, STIPULATE AND AGREE as follows ("Stipulation"):

1. Defendants will stay the foreclosure of the March 29, 2007 Deed of Trust recorded on April 4, 2007, in the Contra Costa County Recorder's records as Instrument No. 2007-098013 ("Deed of Trust"), during the pendency of the above-captioned lawsuit (the "Stay Period"). The Deed of Trust is secured by property located **1820 Barossa Drive, San Ramon, CA 94582**, also known as: **Parcel One, Lot 353 as shown on the map of subdivision 8152, filed March 1, 2012 in Map Book 440 at page 1-13, Contra Costa County Records.**

2. Defendants reserve the right to proceed with foreclosure of the Deed of Trust after the expiration of the Stay Period.

3. Defendants shall have until August 1, 2013 to respond to the Complaint.

DATED: July 15, 2013          HOUSING AND ECONOMIC RIGHTS ADVOCATES

                              By    /s/
                                 Elizabeth Letcher

                              Attorneys for Plaintiffs Joy and Jack Chin

DATED: July 15, 2013          SEVERSON & WERSON

                              By    /s/
                                 David E. Pinch
                              Attorneys for Defendant Bank of America, N.A.
                              and U.S. Bank, N.A, as Trustee for the Certificate
                              holders of Bank of America Funding Corporation
                              Mortgage Pass-Through Certificates Series 2007-D

STIPULATION                                                   Case No. 13 CV 2704