| *Attorney or Party without Attorney:*<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000 FAX No: 650-697-0577 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* CHIN |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Northern District Of California

*Plaintiff:* JOY CHIN AND JACK CHIN
*Defendant:* BANK OF AMERICA, N.A.; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:13-CV-02704-EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re Case Management Conference; Standing Order For All Judges; Ecf Registration Information Handout; Welcome Packet

3. a. Party served: U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-D
   b. Person served: YOKO WONG, ASSISTANT MANAGER. AUTHORIZED TO ACCEPT. (ASIAN, FEMALE, IN HIS 40'S, BLACK HAIR, 5'9", 150 POUNDS)

4. Address where the party was served: 1423 BURLINGAME AVENUE
   BURLINGAME, CA 94010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 16, 2013 (2) at: 11:43AM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. URIEL CARMONA
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 464
      (iii) County: San Mateo

A & A LEGAL SERVICE
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
Toll Free (855) 388-9243
FAX (855) 388-9240
general@AALegalService.com

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jul. 16, 2013

(URIEL CARMONA)

Judicial Council Form       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL        6976000.82102