MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
DAVID E. PINCH (State Bar No. 124851)
dep@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for BANK OF AMERICA, N.A.
successor by merger to BAC HOME LOANS
SERVICING, LP; and U.S. BANK, N.A. AS
TRUSTEE FOR THE CERTIFICATEHOLDERS
OF BANC OF AMERICA FUNDING
CORPORATION MORTGAGE PASS-
THROUGH CERTIFICATES SERIES 2007-D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| JOY CHIN AND JACK CHIN,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. as successor by merger TO BAC HOME LOANS SERVICING, L.P. and U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-D,<br><br>Defendant. | Case No. 3:13-cv-02704-EDL<br><br>**STIPULATION TO STAY LITIGATION FOR 90 DAYS**<br><br>The Hon. The Hon. Elizabeth D. Laporte<br><br>Action Filed: June 25, 2013<br>Trial Date: not set |

**RECITALS**

1. This action was filed by Joy Chin and Jack Chin on June 25, 2013. The action is filed as an action under the court's Diversity Jurisdiction.

2. The Plaintiffs allege seven claims for relief surrounding their allegations that the Defendants Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP; and

1 U.S. Bank, N.A. as Trustee for the Certificateholders of Banc of America Funding Corporation
2 Mortgage Pass-Through Certificates SERIES 2007-D have wrongfully sought to foreclose on their
3 real property at 1820 Barossa Drive, San Ramon, California. The claims for relief include (1)
4 Breach of Contract, (2) False or Misleading Representations in the Collection of a Debt, (3)
5 Negligence, (4) Intentional Infliction of Emotional Distress, (5) Negligent Infliction of Emotional
6 Distress, (6) Reporting Inaccurate Credit Information, and (7) Violation of Business and
7 Professions Code §17200.

    3.    Since the filing and service of this Complaint, the parties have discussed active and meaningful settlement negotiations. The details of the settlement negotiations will include a good faith review of the Plaintiffs for a loan modification. Because the review process is time-consuming, the Parties seek a stay of the litigation for 90 days to allow time to explore settlement without incurring the expense and uncertainties of litigation.

**STIPULATION**

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, and subject to the approval of the Court, that:

    1.    This action shall be stayed until October 23, 2013.

    2.    The time for Defendants to file a responsive pleading to the Complaint shall be extended to October 23, 2013.

    3.    During the duration of the stay, Defendants shall not take any action to foreclose on the property located at 1820 Barossa Drive, San Ramon, California.

    4.    All discovery, meet and confer dates, and initial case management dates will be continued a like amount of time to dates consistent with the court's pleasure.

DATED: July 24, 2013

SEVERSON & WERSON
A Professional Corporation

By: /s/ David E. Pinch
David E. Pinch

Attorneys for BANK OF AMERICA, N.A. successor by merger to BAC HOME LOANS SERVICING, LP; and U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-D

DATED: July 24, 2013

HOUSING AND ECONOMIC RIGHTS ADVOCATES

By: /s/ Elizabeth S. Letcher
Elizabeth S. Letcher

Attorneys for JOY CHIN and JACK CHIN