1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  DAVID E. PINCH (State Bar No. 124851)
   dep@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for BANK OF AMERICA, N.A.
7  successor by merger to BAC HOME LOANS
   SERVICING, LP; and U.S. BANK, N.A. AS
8  TRUSTEE FOR THE CERTIFICATEHOLDERS
   OF BANC OF AMERICA FUNDING
9  CORPORATION MORTGAGE PASS-
   THROUGH CERTIFICATES SERIES 2007-D
10

11                UNITED STATES DISTRICT COURT

12       NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

13

14  JOY CHIN AND JACK CHIN,            | Case No. 3:13-cv-02704-EDL

15          Plaintiffs,                | **ORDER GRANTING STIPULATION TO STAY LITIGATION FOR 90 DAYS**

16      vs.                            | The Hon. The Hon. Elizabeth D. Laporte

17  BANK OF AMERICA, N.A. as successor by
    merger TO BAC HOME LOANS           | Action Filed:   June 25, 2013
18  SERVICING, L.P. and U.S. BANK, N.A. AS | Trial Date:   not set
    TRUSTEE FOR THE
19  CERTIFICATEHOLDERS OF BANC OF
    AMERICA FUNDING CORPORATION
20  MORTGAGE PASS-THROUGH
    CERTIFICATES SERIES 2007-D,
21
            Defendant.
22

23

24      Pursuant to the stipulation of the parties and it being in the best interests of the action and

25  the parties to resolve the legal disputes between them with minimal involvement of the Court, the

26  Court adopts the stipulation of the parties as follows:

27      **IT IS HERBEY ORDERED THAT:**

28      1.   This action shall be stayed until October 23, 2013.

2. The time for Defendants to file a responsive pleading to the Complaint shall be extended to October 23, 2013.

3. During the duration of the stay, Defendants shall not take any action to foreclose on the property located at 1820 Barossa Drive, San Ramon, California.

4. All discovery, meet and confer dates, and initial case management dates will be continued a like amount of time to dates consistent with the court's pleasure.

DATED: July ___, 2013

_____
The Hon. ELIZABETH D. LAPORTE