1   MARK JOSEPH KENNEY (State Bar No. 87345)
    mjk@severson.com
2   DAVID E. PINCH (State Bar No. 124851)
    dep@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   One Embarcadero Center, Suite 2600
    San Francisco, California 94111
5   Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
6
    Attorneys for BANK OF AMERICA, N.A.
7   successor by merger to BAC HOME LOANS
    SERVICING, LP; and U.S. BANK, N.A. AS
8   TRUSTEE FOR THE CERTIFICATEHOLDERS
    OF BANC OF AMERICA FUNDING
9   CORPORATION MORTGAGE PASS-
    THROUGH CERTIFICATES SERIES 2007-D
10

11                    UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

13

14  JOY CHIN AND JACK CHIN,              Case No. 3:13-cv-02704-EDL

15              Plaintiffs,              **STIPULATION TO STAY
                                         FORECLOSURE AND [PROPOSED]**
16        vs.                            **ORDER**

17  BANK OF AMERICA, N.A. as successor by   The Hon. The Hon. Elizabeth D. Laporte
    merger TO BAC HOME LOANS
18  SERVICING, L.P. and U.S. BANK, N.A. AS   Action Filed:      June 25, 2013
    TRUSTEE FOR THE                          Trial Date:        not set
19  CERTIFICATEHOLDERS OF BANC OF
    AMERICA FUNDING CORPORATION
20  MORTGAGE PASS-THROUGH
    CERTIFICATES SERIES 2007-D,
21
                Defendant.
22

23

24                              **RECITALS**

25        1.      This action was filed by Joy Chin and Jack Chin on June 25, 2013.  The action is

26  filed as an action under the court's Diversity Jurisdiction.

27        2.      The Plaintiffs allege seven claims for relief surrounding their allegations that the

28  Defendants Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP; and

U.S. Bank, N.A. as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates SERIES 2007-D have wrongfully sought to foreclose on their real property at 1820 Barossa Drive, San Ramon, California.  The claims for relief include (1) Breach of Contract, (2) False or Misleading Representations in the Collection of a Debt, (3) Negligence, (4) Intentional Infliction of Emotional Distress, (5) Negligent Infliction of Emotional Distress, (6) Reporting Inaccurate Credit Information, and (7) Violation of Business and Professions Code §17200.

      3.      Shortly after this action was filed, the parties stipulated to, and the Court ordered, a 90-day stay of the litigation so that the parties could explore settlement, including good faith review of the Plaintiffs for a loan modification.  The stay of litigation, and the concomitant stay of foreclosure activity, will expire on October 23, 2013.   Because of the circumstances of this particular case, the Parties may not be able to engage in thorough settlement discussions before the expiration of the 90-day period.

      4.      However, the parties wish to avoid unnecessary expense and burden associated with a court-ordered stay of foreclosure activity.

      5.      This is a voluntary agreement and Defendants allege that the Notice of Default has been rescinded.  This stay is not made as part of the Homeowner's Bill of Rights and the resultant injunction is not subject to any of the damages or attorney's fees provisions Civil Code Section 2924.12(a)(1).

## STIPULATION

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, and subject to the approval of the Court, that during the pendency of this litigation,

//

//

//

//

//

//

1   Defendants shall not take any action to foreclose on the property located at 1820 Barossa Drive,

2   San Ramon, California.  This stipulation and order may be modified by motion and order.

3   DATED:  October 1, 2013          SEVERSON & WERSON
                                     A Professional Corporation
4

5

6                                    By:          /s/ David E. Pinch
                                                  David E. Pinch
7

8                                    Attorneys for BANK OF AMERICA, N.A. successor by
                                     merger to BAC HOME LOANS SERVICING, LP; and U.S.
9                                    BANK, N.A. AS TRUSTEE FOR THE
                                     CERTIFICATEHOLDERS OF BANC OF AMERICA
10                                   FUNDING CORPORATION MORTGAGE PASS-
                                     THROUGH CERTIFICATES SERIES 2007-D
11

12

13  DATED:  October 1, 2013          HOUSING AND ECONOMIC RIGHTS ADVOCATES

14

15                                   By:          /s/ Elizabeth S. Letcher
                                                  Elizabeth S. Letcher
16

17                                   Attorneys for JOY CHIN and JACK CHIN

18

19                                   **[PROPOSED] ORDER**

    IT IS SO ORDERED.
20

21  Dated:  _____
                                     _____
22                                   THE HONORABLE ELIZABETH D. LAPORTE

23

24

25

26

27

28