United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOY CHIN, et al.,

Plaintiffs,

v.

BANK OF AMERICA,

Defendant.
_______________________________________/

No. C -13-02704 EDL

**ORDER REQUIRING JOINT LETTER UPDATE**

The hearing on Plaintiffs' Motion to Compel is set for May 27, 2014. No later than noon on May 21, 2014, the parties shall file a joint letter updating the Court as to any narrowing of the discovery disputes at issue in the motion since the briefs were filed.

**IT IS SO ORDERED.**

Dated: May 8, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge